# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __5__

---

OWENS

USCA NO. _____

SDNY NO. __07cv9787__
JUDGE: __KMW__
DATE: __1/4/2008__

-v-

SEYBERT ET AL

---

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF N.Y.__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENTS                                                              DOC#

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

3 Vols

( ✓ ) Original Record                              ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __4th__ Day of __January__, 2008.

**United States District Court for the Southern District of New York**

-------------------------------------------------------

OWENS

-v-

SEYBERT ET AL

-------------------------------------------------------

Date: __1/4/2008__

U.S.C.A. # _____

U.S.D.C. # __07cv9787__

D.C. JUDGE __KMW__

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____
_____
_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __4th__ Day of __January__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
     Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-09787-KMW
## Internal Use Only

Owens v. Seybert et al  
Assigned to: Judge Kimba M. Wood  
Cause: 42:1983 Civil Rights Act

Date Filed: 11/05/2007  
Date Terminated: 11/05/2007  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 1 | COMPLAINT against Joanna Seybert, E. Van Graafeiland, T.J. Meskill, B.D. Parker, Jr, The United States. Document filed by Alonzo Spencer Owens.(laq) (Entered: 11/09/2007) |
| 11/05/2007 |   | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 11/09/2007) |
| 11/05/2007 | 2 | ORDER OF DISMISSAL,The Court directs Clerk of Court to assign a docket number to this action, dismisses the complaint, and further bars plaintiff from submitting any documents to the Court other than those within the restrictions set forth within. Accordingly, the Court denies plaintiff's application for leave to file a new action, and the complaint is dismissed. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (laq) (Entered: 11/14/2007) |
| 11/05/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/5/07) (laq) (Entered: 11/14/2007) |
| 01/02/2008 | 4 | NOTICE OF APPEAL from 3 Judgment - Sua Sponte (Complaint),. Document filed by Alonzo Spencer Owens. Filing fee $ 455.00, receipt number E 637107. (nd) (Entered: 01/04/2008) |
| 01/04/2008 |   | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (nd) (Entered: 01/04/2008) |
| 01/04/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (nd) (Entered: 01/04/2008) |